# FRANCIS·MAILMAN·SOUMILAS

CONSUMER LAW FIRM                                                                    P.C.

April 3, 2020

***Via ECF Filing***
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Re:    ***Davis, Dontae v. Sansei, Inc. d/b/a Health Street***
> ***Case # 1:19-cv-11195-RA-KNF***

Dear Judge Abrams:

This firm represents the Plaintiff in the above-referenced matter. Plaintiff submits this letter in accordance with the Court's Orders dated, February 19, 2020 (Doc. No. 12) and April 2, 2020 (Doc. No. 13).  Furthermore, Plaintiff respectfully requests that the Initial Status Conference be adjourned since Defendant, Sansei, Inc. d/b/a Health Street has not filed an answer to Plaintiff's Complaint.  Plaintiff served Defendant on February 17, 2020 and filed proof of service on February 19, 2020 (Doc. No.  11).  Defendant's answer is now past due.   Plaintiff's counsel has attempted to contact Defendant but has not been successful.  Because of the current circumstances relating to the COVID-19 pandemic, Plaintiff has not moved for a default.  Therefore, Plaintiff requests a brief adjournment of the Initial Status Conference so that Plaintiff may continue to try to contact Defendant and gain Defendant's participation in this matter.   One prior adjournment has been requested.

Plaintiff believes that Defendant would agree to continuing the Initial Status Conference so that Defendant can be present at the conference.

Plaintiff has submitted to the Court a proposed Order rescheduling the Initial Status Conference for Your Honor's consideration.

Respectfully Submitted,

**FRANCIS MAILMAN SOUMILAS, P.C.**

_Geoffrey H Baskerville_

_____

GEOFFREY H. BASKERVILLE, ESQ.

GHB/


The initial conference scheduled for April 10, 2020 is hereby
adjourned sine die.  No later than May 8, 2020, Plaintiff
shall file a letter updating the Court as to the status of this
case, including whether Plaintiff has been able to contact
Defendant and if not, whether Plaintiff intends to move for
a default judgment.

SO ORDERED.

_____

Hon. Ronnie Abrams
4/6/2020