UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTAE T. DAVIS,

                 Plaintiff,

       v.

SANSEI, INC. *doing business as* HEALTH STREET,

                 Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-24-20

19-CV-11195 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 11, 2020, the Court granted Defendant's request, extending its time to appear and answer the Complaint to September 14, 2020. Dkt. 25. To date, however, Defendant has not responded to the Complaint. Defendant shall file its answer or other responsive pleading no later than October 16, 2020. If Defendant fails to do so, Plaintiff shall inform the Court, no later than October 30, 2020, whether he intends to move for a default judgment as of that date.

    Plaintiff shall serve a copy of this Order on Defendant by September 30, 2020, and file proof of service on the docket.

SO ORDERED.

Dated:    September 24, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge