USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-27-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTAE T. DAVIS,

                Plaintiff,

        v.

SANSEI, INC.,

                Defendant.

No. 19-cv-11195 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 13, 2019, the Court scheduled an initial status conference in this case and directed the parties to submit a joint letter and proposed case management plan. *See* Dkt. 3. For various reasons, the initial conference and the deadlines to submit a joint letter and case management plan were adjourned on several occasions, *see* Dkts. 13, 15, 17, 19, 21. On September 28, 2020, Defendant answered the Complaint. *See* Dkt. 27.

    No later than November 20, 2020, the parties are directed to submit a joint letter updating the Court as to the status of this case and indicating whether an initial status conference would be valuable at this time. The letter is not to exceed five (5) pages, and shall provide the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

Also by November 20, 2020, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on February 1, 2019, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

SO ORDERED.

Dated:   October 27, 2020
         New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge