UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTAE DAVIS,

                Plaintiff,

      v.

SANSEI, INC,

                Defendant.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 4-5-21

19-CV-11195 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A post-fact-discovery conference is currently scheduled for April 9, 2021 at 1:00 p.m. *See* Dkt. 32. No later than April 7, 2021, the parties shall file a joint status update, including whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

    The conference will be held by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This line is open to the public.

SO ORDERED.

Dated:    April 5, 2021
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge