| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4-5-21 |

DONTAE DAVIS,

                Plaintiff,

      v.

SANSEI, INC,

                Defendant.

19-CV-11195 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The parties' request for an extension of time in which to complete depositions and continue settlement discussions, Dkt. 35, is granted. The post-discovery conference scheduled for April 9, 2021 is hereby adjourned to June 4, 2021 at 2:00 p.m. The parties shall file an additional status update on or before May 28, 2021. Should the parties seek referral to Magistrate Judge Fox for a settlement conference, they shall inform the Court by letter.

SO ORDERED.

Dated:    April 8, 2021
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge