USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTAE T. DAVIS,

                Plaintiff,

        v.

SANSEI, INC.,

                Defendant.

No. 19-cv-11195 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court's most recent order directed the parties to file a status update on or before May 28, 2021, which they have not done. *See* Dkt. 36. The parties are directed to file such an update so no later than June 3, 2021.

In addition, due to a scheduling conflict, the post-discovery conference scheduled for June 4, 2021 is adjourned. In light of the parties' prior representation that they were optimistic about the likelihood of reaching a settlement—and that if their efforts were unsuccessful they would seek a settlement conference before Magistrate Judge Fox—the Court will not reschedule the conference at this time. If a settlement has not been reached, the parties should inform the Court whether they wish to be referred to Judge Fox for a settlement conference or whether the Court should instead reschedule the post-discovery conference.

SO ORDERED.

Dated:    June 2, 2021
             New York, New York

Ronnie Abrams
United States District Judge