UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTAE DAVIS,

                Plaintiff,

      v.

SANSEI, INC,

                Defendant.

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 09/20/21 |

19-CV-11195 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As per the Court's June 3, 2021 order, Dkt. 39, a status update was due within two weeks of a settlement conference with Magistrate Judge Fox. The parties are directed to file a joint update on the status of this case no later than October 4, 2021.

SO ORDERED.

Dated:    September 20, 2021
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge